Sarai L. Thornton, Esq. (SBN 271389)
Sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

*Attorney for Defendant Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL PAONE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC and<br>NAVIENT CORPORATION,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00598-GMN-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff, Paul Paone ("Plaintiff") and Trans Union LLC ("Trans Union"), by and through their undersigned counsel (collectively, "the Parties"), hereby stipulate as follows:

　　　　1.　　Plaintiff filed the Complaint with the Court on March 27, 2024.

　　　　2.　　The Complaint was served on Trans Union on April 1, 2024.

　　　　3.　　Presently, Trans Union's response to Plaintiff's Complaint is due on April 22, 2024.

　　　　4.　　Currently, the Parties are actively engaged in case-resolution negotiations.

　　　　5.　　Plaintiff does not oppose an extension of Trans Union's time to respond to the Complaint so that the Parties may devote their time and energy to resolving this matter. Pursuant to Local Rule IA 6-1, Trans Union respectfully requests the Court for an extension of time to file its responsive pleading for 28 days, which is up to and including May 20, 2024.

　　　　6.　　This stipulation is not for delay.

　　　　7.　　This is the first stipulation for an extension of time for Trans Union to respond to the Complaint.

1

1  Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise
2  respond to Plaintiff's Complaint up to and including May 20, 2024.  This is the first stipulation for
3  extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 22nd day of April 2024.

SKANE MILLS LLP

*/s/ Sarai L. Thornton*
Sarai L. Thornton, Esq. (SBN 271389)
Sthornton@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 363-2535
*Counsel for Trans Union LLC*


FREEDOM LAW FIRM


*/s/ George Haines*
George Haines (Bar No. 9411)
ghaines@freedomlegalteam.com
Gerardo Avalos (Bar No. 15171)
gavalos@freedomlegalteam.com
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123
Telephone: (702) 880-5554
*Counsel for Plaintiff*

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated April 23, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**

3