1  DONNA M. WITTIG, ESQ.
   Nevada Bar No. 11015
2  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
3  Las Vegas, NV 89134
   Telephone:  (702) 634-5000
4  Facsimile:  (702) 380-8572
   Email:  donna.wittig@akerman.com
5
6  *Attorneys for defendant Navient*

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

11  PAUL PAONE,                                CASE NO.:  2:24-cv-00598-GMN-NJK

12              Plaintiff,

13  V.                                         **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
14  TRANS INION LLC and NAVIENT
    CORPORATION,
15                                             **(FIRST REQUEST)**
16              Defendants.

17

18

19      Plaintiff Paul Paone and defendant Navient stipulate to allow Navient an extension of

20  twenty-one (21) days, up to and including **May 14, 2024**, to file its responsive pleading.

21      Good cause exists to grant the requested extension to allow Navient time to investigate the

22  allegations and allow the parties to explore the possibility of settlement.

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice.

DATED April 22nd, 2024.

| AKERMAN LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| /s/ Donna M. Wittig<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for defendant Navient* | /s/ Gerardo Avalos<br>GEORGE HAINES, ESQ.<br>Nevada Bar No. 99411<br>GERARDO AVALOS, ESQ.<br>Nevada Bar No. 15171<br>8985 South Eastern Ave., Suite 100<br>Las Vegas, NV 89123<br><br>*Attorneys for plaintiff Paul Paone* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: April 23, 2024

2

{67245946;1}