George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Paul Paone*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Paul Paone,<br><br>    Plaintiff,<br><br>v.<br><br>Trans Union LLC and Navient Corporation,<br><br>    Defendants. | Case No.: 2:24-cv-00598<br><br>**Stipulation for dismissal of Trans Union LLC and Navient Corporation with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Paul Paone and Defendants Trans Union LLC and Navient Corporation stipulate to dismiss Plaintiff's claims against Defendants Trans Union LLC and Navient Corporation with prejudice.

///
///
///
///
///
///

---

STIPULATION                                          - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 25, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Paul Paone*

**SKANE MILLS LLP**

/s/ *Sarai L. Thornton*
Sarai L. Thornton, Esq.
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
*Counsel for Trans Union LLC*

**AKERMAN LLP**

/s/ *Donna M. Wittig*
Donna M. Wittig, Esq.
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Counsel for Navient Corporation*

**The Clerk's Office is kindly instructed to close this case.**

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: June 25, 2024